```
 1  BARRY P. & ROCKSY M. CHENEVERT
    347 Barthe Drive
 2  Pasadena, CA 91103
    Telephone (626) 823-4325
 3  Debtors in Pro Per
```



FILED
MAR 03 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) Case No.: LA 08-14328 TD |
| BARRY P. CHENEVERT | ) |
|     SSN 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 and | ) MOTION FOR ORDER TO REOPEN CHAPTER 7 CASE; |
| ROCKSY M. CHENEVERT | ) TO FILE DOCUMENTS AND GRANT DEBTORS RELIE; |
|     SSN 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 | ) DECLARATION; MEMORANDUM OF POINTS AND |
| | ) AUTHORITIES; 11 USC §350(b) and BK Rules |
|                  Debtors | ) §5010 and §90241 |
| | ) |

Petitioners, BARRY CHENEVERT and ROCKSY CHENEVERT, the debtor in this action, hereby Petitions this court for an Order that this Chapter 7 case be reopened; that their Statement of Related Cases, Statement of Assistance of Non-attorney and Disclosure of Compensation of Bankruptcy Preparer submitted herewith, be received and ordered filed, and the debtors be ordered relieved of their dischargeable debts.

This motion is made on the grounds that 11 USC §350(b) gives the court statutory authority to make such orders.

This motion is will be based on Declaration of BARRY P. CHENEVERT and ROCKSY M. CHENEVERT, Debtors, the Memorandum of Points and Authorities, made part hereof, Statement of Related Cases, Statement of Assistance of Non-Attorney, and Disclosure of Compensation of Bankruptcy Petition Preparer, submitted for filing herewith, and on the records and files of this case.

Dated: December 26, 2009

_____
BARRY P. CHENEVERT, Debtor

_____
ROCKSY M. CHENEVERT, Joint Debtor

[Summary of pleading] - 1

DECLARATION OF BARRY AND ROCKSY CHENEVERT

WE, BARRY CHENEVEERT and ROCKSY CHENEVERT, declare:

1. WE are the debtors herein and as acting as our own attorney;

2. we are not legally trained and inadvertently omitted to submit to the court for filing Statement of Related Cases, Statement of Assistance of Non-Attorney, and Disclosure of Compensation of Bankruptcy Petition Preparer;

3. On or about June 3, 20088, our Chapter 7 case was closed without entry of discharge for failure to file the above-mention documents;

4. Our failure to file the required documents is due to our ordinary negligence, mistake and inadvertence;

The fore stated matters are within our own knowledge and if called as a witness, We could competently testify to the same.

Executed on December 26, 2009, at Pasadena, California, We declare under penalty of perjury under the laws of the United States that the fore stated matters are true and correct.

_____
BARRY P. CHENEVERT, Debtor

_____
ROCKSY M. CHENEVERT, Joint Debtor

MEMORANDUM OF POINTS & AUTHORITIES

BARRY CHENEVERT and ROCKSY CHENEVERT, Debtors, respectfully submits the following Memorandum of Points and Authorities in support of their motion for order:

1. 11 USC §350(b) provides:

"(b) A case maybe reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

2. Bankruptcy Rule §5010 provides:

"A case maybe reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code. In a Chapter 7, 12, or 13 case, a trustee shall not be appointed by the United States trustee unless the court determines that

[Summary of pleading] - 2

1  a trustee is necessary to protect the interests of creditors and the debtor or to
2  insure orderly administration of the case."
3      There is no period of limitation for reopening a case. The period of time in
4  which action may be taken as set by **F.R.C. P. §60(b)** is made inapplicable to
5  Applications to reopen Bankruptcy cases. **[Bankruptcy Rule §90241]**.
6      **WHEREFORE** Petitioners pray that court will grant their motion to reopen their
7  case which seeks relief under chapter 7 of the Code; permitting them to presently file
8  the additional documents required by the court, and permit this case to proceed
9  through the processes needed to obtain the relief requested
10 Dated: December 26, 2009

Respectfully submitted,

_____
BARRY P. CHENEVERT, Debtor

_____
ROCKSY M. CHENEVERT. Joint Debtor

14 /////////
15 /////////

[Summary of pleading] - 3

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)    2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Barry P. Chenevert
SSN 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 and
Rocksy M Chenevert
SSN 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

Case No.: LA 08-14328 TD
Chapter: 7

**STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE**

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☒ I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1. I paid the sum of $ 250

2. I still owe the sum of $ — 0 —

3. I agreed to turn over or give a security interest in the following property:


4. The name of the person or the name of the firm that assisted me was:

   Name: ALAN STEPHENS

   Address: 5 RICHLAND PLACE, PASADENA, CA 91103

   Telephone: (626) 394-2784

☐ I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Pasadena, California.

Executed on: December 28, 2009
              Date

_____
Barry P. Chenevert
Debtor

_____
Joint Debtor

Disclosure of Compensation - (Rev. 12/03)                                                    2003 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Attorney or Party Name, Address, and Telephone Number: BARRY P. + ROCKSY CHENEVERT, 347 BARTH DRIVE, PASADENA, CA 91103, 626-823-4325

FOR COURT USE ONLY

In re: BARRY P CHENEVERT SSN 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 and ROCKSY M CHENEVERT SSN 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, Debtor.

CASE NO.: LA 08-14328 TD
CHAPTER: 7
Debtor Address: 347 BARTHE DRIVE, PASADENA, CA 91103

# DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparations services, I have agreed to accept ................... $ 250
   Prior to the filing of this statement I have received ........................... $ -0-
   Balance Due ......................................................................... $ -0-

2. I have prepared or caused to be prepared the following documents (itemize):

   SEE ATTACHMENT

   and provided the following services (itemize):

   FILING OF DOCUMENTS

3. The source of the compensation paid to me was:

   ☒ debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ debtor        ☐ Other (specify):

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   ALAN STEPHENS                                        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
   Name                                                 Complete Social Security Number

Disclosure of Compensation - Page 2 - (Rev. 12/03)                                         2003 USBC, Central District of California

In re BARRY P & ROCKSY M CHENEVERT            Case No.: LA 08-14328 TD            (If known)
                                    Debtor.

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Alan Stephens_ (Signature)    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  Complete Social Security Number    2-5-2010  Date

Name (Print):  ALAN STEPHENS

Address:  5 RICHLAND PLACE
          PASADENA, CA 91103

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re BARRY P. and ROCKSY M. CHENEVERT NO. LA 08-14328 TD

# DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (*See* 11 U.S.C. § 110)

Accompanying Documents:

Petition, Exhibit D, Schedules A to J, Statement of Financial Affairs, Statement of Social Security Number, Related Cases, Notice of Available Chapters, Matrix-Mailing List, Chapter 7 Statement of Current Monthly Income(B22A), Debtor's Statement of Intention, Declaration and Signature of Non-Attorney ,Disclosure of Compensation of Bankruptcy Preparer, Certificate of None Attorney Bankruptcy Preparer, Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer, Summary of Schedules, Summary of Certain Liabilities and Related Data

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at INSANE, VA , California.

Dated 1-20-2009

*Debtor*: [signature] Barry P Chenevert

*Joint Debtor*: [signature]

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

United States Trustee
725 South Figueroa St. 26th Floor
Los Angeles, CA. 90017

David Hahn, Chapter 7 Trustee
HAHN FIFE & Co., LLP
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

World Mark By Wyndham
9805 Willows Road.
Redmond, WA 98052

Account Central
P.O. Box 60136
City of Industry, CA. 91716

ORECK
P.O. Box 15521
Willimington, DE 19850

Discovery
P.O. Box 30395
Salt Lake City, Utah 8413-0395

AAA Visa
P.O. Box 15026
Willimington, DE. 19850

NCO
P.O. Box 15630
Willimington, DE 19850

Cash Call
1600 S. Douglas Road
Anaheim CA 92806

Cash Call
17360 Brookhurst St.
Fountain Valley, CA 92708

First Bank Of Delaware
50 S. 16th Street, Ste 2400
Philadelphia, PA 19102

Ashley Stewart
PO. Box 659705
San Antonio, TX 78265

Orbeck
PO Box 15521
Willington, DE 19850

Citi Flax Line
PO Box 6248
Sioux Falls, SD 57117

Washington Mutual
PO Box 660487
Dallas, TX 75266

NCO Financial Supply Inc.
PO Box 15630
Wilmington, DE 19850

Law Office of Harris & Zide
1445 Huntington Drive Ste. 300
South Pasadena, CA 91030

US Bank Calif. Indirect
PO Box 79079
St. Louis, MO 63179

Raymond A Patenaude
Law Offices of Patenaude & Felix
4545 Murphy Canyon Road 3rd Floor
San Diego, CA 92123

| In re: BARRY P. & ROCKSY CHENEVERT | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: LA 08-14328 TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 RICHLAND PLACE
PASADENA, CALIFORNIA 91103

FILED MAR 03 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY:

A true and correct copy of the foregoing document described as Motion For Orde To Reopen Chapter 7 Ca To File Documents; Grant Debtors Releif; Declaration; Memorandun of P&E's; Order Vacating Dismissal will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 3/3/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee                David L. Hahn
725 South Figueroa St. 26th Floor    22342 Avenida Empresa, Suite 260
Los Angeles, CA 90017                Rancho Santa Margarita, CA 92688

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 3-3-2010    Type Name ALAN STEPHENS    Signature /s/ Alan Stephens

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 9013-3.1

| In re: BARRY P. & ROCKSY CHENEVERT | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: LA 08-14328 TD |

**ADDITIONAL SERVICE INFORMATION (if needed):**

SEE ATTACED MAILING LIST

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

United States Trustee
725 South Figueroa St. 26th Floor
Los Angeles, CA. 90017

David Hahn, Chapter 7 Trustee
HAHN FIFE & Co., LLP
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

World Mark By Wyndham
9805 Willows Road.
Redmond, WA 98052

Account Central
P.O. Box 60136
City of Industry, CA. 91716

ORECK
P.O. Box 15521
Willimington, DE 19850

Discovery
P.O. Box 30395
Salt Lake City, Utah 8413-0395

AAA Visa
P.O. Box 15026
Willimington, DE. 19850

NCO
P.O. Box 15630
Willimington, DE 19850

Cash Call
1600 S. Douglas Road
Anaheim CA 92806

Cash Call
17360 Brookhurst St.
Fountain Valley, CA 92708

First Bank Of Delaware
50 S. 16th Street, Ste 2400
Philadelphia, PA 19102

Ashley Stewart
P.O. Box 659705
San Antonio, TX 78265

Orbeck
PO Box 15521
Willington, DE 19850

Citi Flax Line
PO Box6248
Sioux Falls, SD 57117

Washington Mutual
PO Box 660487
Dallas, TX 75266

NCO Financial Supply Inc.
PO Box 15630
Wilmington, DE 19850

Law Office of Harris & Zide
1445 Huntington Drive Ste. 300
South Pasadena, CA 91030

US Bank Calif. Indirect
PO Box 79079
St. Louis, MO 63179

Raymond A Patenaude
Law Offices of Patenaude & Felix
4545 Murphy Canyon Road 3rd Floor
San Diego, CA 92123