PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO (State Bar # 124770), Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
725 S. Figueroa St., Suite 2600
Los Angeles, CA 90017
Telephone: (213) 894-4520; Fax: (213) 894-2603
Email: *ron.maroko@usdoj.gov*

FILED & ENTERED

APR 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

Barry P. and Rocksy M. Chenevert,

Debtor.

) Case No.: 2:08-bk-14328-TD
) Chapter 7
)
) **ORDER ON U.S. TRUSTEE'S MOTION**
) **UNDER 11 U.S.C. §110 FOR FINES**
) **AND/OR DISGORGEMENT OF FEES**
) **AGAINST BANKRUPTCY PETITION**
) **PREPARER**
)
) DATE: Not Required
) CTRM: 1345

The United States Trustee filed its motion under Local Bankruptcy Rule 9013-1(o). As indicated in the Declaration of Ron Maroko, the objection period expired without the filing of an objection or the request for a hearing. Therefore,

**The Court orders, good cause appearing to grant the motion:**

   1. For violating 11 U.S.C. §110(h)(2), ALAN STEPHENS is fined $500.00.

   2. For violating 11 U.S.C. §110(g), ALAN STEPHENS is fined $500.00.

   3. Payment of the fines described in paragraphs 1-2 of this order shall be made in certified funds, payable to the United States Trustee, and delivered to the Office of the United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017, attn: Ron Maroko, within thirty (30) days of the entry of this order.

   4. ALAN STEPHENS is ordered to disgorge $250.00 of fees received and turn over that $200.00 in certified funds payable to Barry P. Chenevert and Rocksy M. Chenevert by delivering

1

1 | the $250.00 to the Office of the United States Trustee, 725 S. Figueroa Street, Suite 2600, Los
2 | Angeles, CA 90017, attn: Ron Maroko, within thirty (30) days of the entry of this order.
3 | ###

23 | DATED: April 29, 2010

_____
United States Bankruptcy Judge

| In re: Chenevert | CHAPTER 7 |
|---|---|
| Debtor(s) | CASE NUMBER 2:08-bk-14328-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: **ORDER ON U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. §110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 19, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/19/10 | Helen Cruz | /s/ Helen Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: Chenevert | CHAPTER 7 |
|---|---|
| Debtor(s) | CASE NUMBER 2:08-bk-14328-TD |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

*Not Applicable*

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

> **Debtor**
> Barry P Chenevert
> 347 Barthe Dr
> Pasadena, CA 91103
>
> Rocksy M Chenevert
> 347 Barthe Dr
> Pasadena, CA 91103
>
> **Respondent**
> Alan Stephens
> 5 Richland Pl.
> Pasadena, CA 91103
>
> **Chapter 7 Trustee**
> David Hahn
> 22342 Avenida Empressa, Ste 260
> Rancho Sta. Margarita, CA 92688

**SERVED BY PERSONAL DELIVERY:**

Hon. Thomas B. Donovan
Delivered to bin outside of Suite 1352
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| In re: | Chenevert | | CHAPTER | 7 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:08-bk-14328-TD |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER ON U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. §110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 19, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    U.S. Trustee:         Ron Maroko, Esq.       ron.maroko@usdoj.gov
    Chapter 7 Trustee:    David L Hahn          trustee@hahnfife.com, dhahn@ecf.epiqsystems.com

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Barry P Chenevert
347 Barthe Dr
Pasadena, CA 91103

Rocksy M Chenevert
347 Barthe Dr
Pasadena, CA 91103

**Respondent**
Alan Stephens
5 Richland Pl.
Pasadena, CA 91103

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.1**